IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02999-PAB-BNB

MICHAEL J. HOLLORAN, and
SUSANNE H. HOLLORAN,

    Plaintiffs,

v.

UNION PACIFIC RAILROAD COMPANY, the successor in interest to
THE DENVER NORTHWESTERN AND PACIFIC RAILWAY COMPANY, and
UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT
MATTER OF THIS ACTION,

    Defendant.

## ORDER ADMINISTRATIVELY CLOSING CASE

    This matter is before the Court on the parties' joint motion to administratively close case [Docket No. 10].  The parties state that they are conducting settlement negotiations and request administrative closure of the case to preserve judicial resources.  The parties also submit that if a settlement cannot be reached, they will move to reopen the case for resolution by trial.  Accordingly, it is

    **ORDERED** that the Joint Motion to Administratively Close Case is GRANTED.  It is further

**ORDERED** that this case shall be administratively closed, pursuant to D.C.COLO.LCivR 41.2, with leave to be reopened for good cause shown. If no action is taken to reopen this case before **February 1, 2012**, the case will be dismissed without prejudice without any further notice to either party.

DATED January 24, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge